UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                       No. 2:10-cv-02336-MCE-DAD

    Plaintiff,

  v.                                    ORDER CONTINUING TRIAL

WLP TALLY HO APARTMENTS II, LLC,

    Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the January 7, 2013 bench trial is vacated and continued to **April 1, 2013**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **January 24, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the November 15, 2012 Final Pretrial Conference is vacated and continued to **February 7, 2013,** at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **January 17, 2013,** and shall comply with the procedures outlined in the Court's January 11, 2011 Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial

1

Conference.  Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **January 17, 2013**.  Oppositions must be filed by **January 24, 2013**, and any reply must be filed by **January 31, 2013**.  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: November 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE